# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

—————

**No. 21-5243**

**September Term, 2023**

FILED ON: AUGUST 9, 2024

GIORGI RTSKHILADZE,

       APPELLANT

v.

ROBERT S. MUELLER, III, SPECIAL COUNSEL FOR THE INVESTIGATION INTO RUSSIAN
INTERFERENCE IN THE 2016 PRESIDENTIAL ELECTION AND UNITED STATES DEPARTMENT OF
JUSTICE,

       APPELLEES

————————————————

Consolidated with 22-3037

—————

Appeals from the United States District Court
for the District of Columbia
(No. 1:20-cv-01591)
(No. 1:21-gj-00048)

—————

Before: SRINIVASAN, *Chief Judge*, WALKER and PAN, *Circuit Judges*

## J U D G M E N T

These causes came to be heard on the record on appeal from the United States District
Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal of Rtskhiladze's
equitable claims for lack of standing be reversed and those claims be remanded for the District
Court to address in the first instance DOJ's motion to dismiss for failure to state a claim (No. 20-
cv-01591); the District Court's dismissal of Rtskhiladze's damages claims be affirmed (No. 20-cv-
01591); and the District Court's decision that Rtskhiladze is not entitled to obtain a copy of his
grand jury transcript be affirmed (No. 21-gj-00048), in accordance with the opinion of the court
filed herein this date.

## Per Curiam

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

      BY:    /s/

                     Daniel J. Reidy
                     Deputy Clerk

Date: August 9, 2024

Opinion for the court filed by Circuit Judge Walker.